# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY MAJICO, et al.,<br>Plaintiffs,<br><br>v.<br><br>BLUE APRON LLC,<br>Defendant. | EDCV 18-2660 DSF (KKx)<br><br>Order REMANDING Case to State Court |

    This case was removed on the basis of federal question jurisdiction. Defendant's counsel suggests that Unruh Act claims based on violations of the ADA provide for federal question jurisdiction. This is wrong. <u>Wander v. Kaus</u>, 304 F.3d 856 (9th Cir. 2002). The case is REMANDED to the Superior Court of California, County of San Bernardino.

    IT IS SO ORDERED.

Date: January 3, 2019

                                                                   Dale S. Fischer<br>
                                                                   United States District Judge